1
2
3          IN THE CIRCUIT COURT OF THE STATE OF OREGON

4              IN AND FOR THE COUNTY OF MULTNOMAH

5

6    **A.R.**, a minor, by and through his guardian ad      ) Case No.  23CV07344
     litem ANGELA CANTON,                                   )
7                                                            )
                       Plaintiff,                            ) **SUMMONS**
8                                                            )
            v.                                               )
9                                                            )
     **PORTLAND SCHOOL DISTRICT No. 1J,**                    )
10   an Oregon public corporate entity by and               )
     through the Board of Directors of Multnomah            )
11   County School District No. 1J,                          )
                                                             )
12                     Defendant.                            )
                                                             )
13   ─────────────────────────────────────                   )

14

15   **TO:    PORTLAND SCHOOL DISTRICT No. 1J, dba Portland Public Schools,**
            **501 N. Dixon Street, Portland, OR 97227**

16        You are hereby required to appear and defend the complaint filed against you in the

17   above-entitled action within thirty (30) days from the date of service of this summons upon you,

18   and in the case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for

19   the relief demanded in the complaint.

20        **NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

21        You must "appear" in this case or the other side will win automatically. To "appear" you

22   must file with the court a legal document called a "motion" or "answer." The "motion" or

23   "answer" must be given to the court clerk or administrator within 30 days along with the

24   required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney

25   or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

26

Page 1 – SUMMONS

1       If you have questions, you should see an attorney immediately. If you need help in

2  finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

3  www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or

4  toll-free elsewhere in Oregon at (800) 452-7636.

5

6  DATED this 17th day of February, 2023.

7                  THE BRAGUE LAW FIRM

8                  By:_____

9                    Kevin C. Brague, OSB No. 050428

                      *kevin@braguelawfirm.com*

10                  4504 S. Corbett Avenue, Suite 250

                    Portland, OR 97239

11                  t: 503.922.2243

                    f: 503.296.2046

12                  Attorneys for Plaintiff

13

14

15

16

17  STATE OF OREGON )

                 )ss

18  County of Multnomah )

19       I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and

  complete copy of the original summons in the above-entitled action.

20

21                  _____

                  Kevin C. Brague, Bar No. 050428

22

23

24

25

26

Page 2 – SUMMONS

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| **A.R.**, a minor, by and through his guardian ad litem ANGELA CANTON, | ) ) ) | Case No.    23CV07344 |
| Plaintiff, | ) ) | **COMPLAINT** |
| v. | ) ) ) | (Negligence; Premises Liability; Title VI) |
| **PORTLAND SCHOOL DISTRICT No. 1J**, an Oregon public corporate entity by and through the Board of Directors of Multnomah County School District No. 1J, | ) ) ) ) ) | Fee Authority: ORS 21.160(1)(d) Prayer: $9,000,000.00  NOT SUBJECT TO MANDATORY ARBITRATION (Claim exceeds $50,000) |
| Defendant. | ) ) ) ) | DEMAND FOR JURY TRIAL |

Plaintiffs allege as follows:

1.

At all material times, Plaintiff A.R. was and is a resident and domiciliary of Multnomah County, Oregon, is a minor over the age of 14 and attended school pursuant to Defendant's Board Policy 4.10.010-P, and ORS 339.010 and ORS 339.020.

2.

At all material times, Defendant Portland School District No. 1J (fka Multnomah County School District No. 1J and its Board, which references itself as the "Board of Directors of Multnomah County School District No. 1J" per its currently published Board Policy 1.10.010-P(2)) doing business as Portland Public Schools (collectively "PPS"), is and was an Oregon public corporate entity doing business in Multnomah County, Oregon.

Page 1 – COMPLAINT

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

3.

PPS is a public school district, providing public school education from kindergarten through the twelfth grade pursuant to ORS 332.072 et seq. and ORS 339.115, and is responsible for and operates elementary schools, middle schools, high schools, alternative and magnet schools, and related programs.

4.

The District warrants and accepts the burden and responsibility of keeping its students safe and free from a racially hostile education environment.

6.

The District warrants and accepts the responsibility of supervising students at all times when they are in school, on school grounds, under school auspices, or engaging in school-sponsored activities.

7.

On May 25, 2020, George Floyd, a 46-year-old black man, was murdered in Minneapolis, Minnesota by Derek Chauvin, a 44-year-old white police officer. Officer Chauvin knelt on George Floyd's neck for approximately 9 minutes while George Floyd was handcuffed with his hands behind his back, lying face down in the street all the while crying out for help, protesting that he could not breathe, and with his dying breaths cried out for his "Mama." Two other police officers, J. Alexander Kueng and Thomas Lane, assisted Officer Chauvin in restraining Floyd. Officer Lane had also pointed a gun at Floyd's head prior to Floyd being put in handcuffs. A fourth police officer, Tou Thao, prevented bystanders from intervening.

8.

On January 18, 2023, A.R., who is black, was utilizing a hall pass with the permission of his teacher at PPS's West Sylvan Middle School. Shortly after A.R. being in the hallway five other middle school students appeared in the hallway. Four of these students were dismissed from their class by a teacher without any supervision or direction. When these five students

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

1  approached A.R., two of the white students rushed and grabbed A.R. (who tried to evade).  The

2  two students then pushed A.R. into the wall and while restraining his hands and arms and pulling

3  them behind his back announced:

4       "We are treating you like George Floyd and putting you under arrest."

5  One of the two students put his lanyard into A.R.'s back mimicking a gun.  The two students

6  then wrestled and threw A.R. to the ground and placed a knee into his upper back/neck stating:

7       "We are turning off our body cameras.  We are going to wait twenty second to simulate

8       George Floyd dying."

9  The three other students, like the other Minneapolis Police Officers, stood by and watched.  At or

10  near the end of this racist re-enactment, a sixth student then came from another nearby classroom

11  and the five students let go of A.R.  A.R. then returned to his classroom.

12                              9.

13       PPS and West Sylvan Middle School, in particular, have a history of racial discrimination

14  and tolerating racial incidents between students, including ongoing and pervasive daily use of

15  racial slurs and epithets by the student body without objection or recourse by any employee or

16  agent of PPS and West Sylvan Middle School.

17                             10.

18       There was no or insufficient adult supervision when A.R. was racially, physically, and

19  emotionally assaulted, traumatized, and injured by his conscription in the re-enactment of the

20  murder of George Floyd during school and on school property.

21                             11.

22       PPS failed to take reasonable steps to supervise its students and keep A.R. safe.

23                             12.

24       PPS fostered and condoned a racially hostile education environment at West Sylvan Middle

25  School.

26  ////

Page 3 – COMPLAINT

13.

PPS was on notice that its campuses were hostile education environments based on prior complaints from students and PPS's toleration and condoning of racist name calling, harassment, and assaults based on race occurring at West Sylvan Middle School and throughout PPS for years prior.

14.

PPS, including West Sylvan Middle School, failed to inform, teach, educate, and reasonably respond to its racially hostile education environments.  PPS condoned and fostered racially hostile education environments for black students.

15.

A.R. filed this suit within 180 days of the racial and physical assault which satisfied the Oregon Tort Claims Act.

**FIRST CLAIM FOR RELIEF**

(Negligence)

16.

Plaintiff realleges and incorporates by reference paragraphs 1 through 15 above.

17.

Plaintiff and PPS are in a special relationship of educators to student.  A.R. was entrusted to PPS's care and it has the special duty to assure his safety through close supervision during school hours and on school grounds.

18.

PPS's lack of supervision breached its duties of care to its students, including A.R., which breach allowed for his injuries to occur.

////

////

////

Page 4 – COMPLAINT

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

19.

A.R. was harmed and injured when he was racially and physically and emotionally assaulted during class, at school, during school hours, and on school grounds when there was no or inadequate supervision of students.

20.

A.R.'s injuries were due in whole or in part to the negligent acts and omissions of PPS in one or more of the following respects:

a.    In failing to supervise its students;

b.    In failing to inform students within PPS and West Sylvan Middle School of its anti-racist and harassment policies;

c.    In failing to inform PPS and West Sylvan Middle School employees and agents of its anti-racist and harassment policies;

d.    In failing to implement anti-racist and harassment policies within PPS and West Sylvan Middle School;

e.    In failing to keep the five West Sylvan Middle School students from assaulting A.R. based on his race;

f.    In failing to keep the five West Sylvan Middle School from physically assaulting A.R.;

g.    In failing to keep the five West Sylvan Middle School from harassing A.R.;

h.    In failing to discipline at least three of the five West Sylvan Middle School students in accordance with PPS's Student Conduct and Discpline Policy;

i.    In failing to discipline at least three of the five West Sylvan Middle School students in accordance with PPS's Student Conduct and Discpline Policy, PPS signals to all its students and staff that its anti-racist policies are meaningless and will not be implemented and that racism is acceptable within its schools;

Page 5 – COMPLAINT

1    j.    In failing to warn A.R. of the danger of racist assaults at West Sylvan Middle
2    School;
3    k.    In failing to report the five students to juvenile authorities for their hate crime and
4    child abuse pursuant or ORS 166.155 and ORS 419B.010;
5    l.    In failing to train its employees and agents on supervising students; and
6    m.    In failing to train its employees on adequately responding to racism.
7    21.
8    As a direct and foreseeable result of PPS's negligence as set forth above, A.R. was
9    injured and traumatized and emotionally distressed all to his economic damages in an amount to
10    be proved at trial, but which is presently estimated to be $4,500,000.00 and to his noneconomic
11    damages in an amount to be proved at trial, but which is presently estimated to be $4,500,000.00.

12    **SECOND CLAIM FOR RELIEF**
13    (Premises Liability)
14    22.
15    Plaintiffs reallege and incorporate by reference paragraphs 1 through 21 above.
16    23.
17    PPS owns, occupies, and controls the land, buildings, playgrounds, and fields whereupon
18    Plaintiff was injured.
19    24.
20    A.R. is an invitee of PPS to attend school.
21    25.
22    PPS knew or should have known that West Sylvan Middle School was not safe, and that
23    it has a history of children being harassed, assaulted, and injured based on their race during
24    school and on school property, and that unsupervised children are more likely to injure others.
25    / / / /
26    / / / /

Page 6 – COMPLAINT

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

26.

PPS failed to exercise reasonable care to eliminate the danger, or warn A.R. that he would be racially and physically assaulted, harassed, and injured on PPS property.

27.

A.R.'s injuries were due in whole or in part to the negligent acts and omissions of PPS in one or more of the following respects:

a.    In failing to supervise its students;

b.    In failing to inform students within PPS and West Sylvan Middle School of its anti-racist and harassment policies;

c.    In failing to inform PPS and West Sylvan Middle School employees and agents of its anti-racist and harassment policies;

d.    In failing to implement anti-racist and harassment policies within PPS and West Sylvan Middle School;

e.    In failing to keep the five West Sylvan Middle School students from assaulting A.R. based on his race;

f.    In failing to keep the five West Sylvan Middle School from physically assaulting A.R.;

g.    In failing to keep the five West Sylvan Middle School from harassing A.R.;

h.    In failing to discipline at least three of the five West Sylvan Middle School students in accordance with PPS's Student Conduct and Discpline Policy;

i.    In failing to discipline at least three of the five West Sylvan Middle School students in accordance with PPS's Student Conduct and Discpline Policy, PPS signals to all its students and staff that its anti-racist policies are meaningless and will not be implemented and that racism is acceptable within its schools;

j.    In failing to warn A.R. of the danger of racist assaults at West Sylvan Middle School;

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

k.     In failing to report the five students to juvenile authorities for their hate crime and child abuse pursuant or ORS 166.155 and ORS 419B.010;

l.     In failing to train its employees and agents on supervising students; and

m.     In failing to train its employees on adequately responding to racism.

28.

As a direct and foreseeable result of PPS's negligence as set forth above, A.R. was injured and traumatized and emotionally distressed all to his economic damages in an amount to be proved at trial, but which is presently estimated to be $4,500,000.00 and to his noneconomic damages in an amount to be proved at trial, but which is presently estimated to be $4,500,000.00.

**THIRD CLAIM FOR RELIEF**

(Title VI – Hostile Education Environment)

29.

Plaintiff realleges and incorporates by reference paragraphs 1 through 28 above.

30.

The Civil Rights Act of 1964 prohibits race discrimination by any program or activity receiving Federal financial assistance.  See 42 USCS § 2000d ["No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."]

31.

PPS received Federal financial assistance including ESSER funds, Title VI funds, COVID stimulus funding, FEMA reimbursement, and other Federal funds and grants which total over $145,000,000.00.

32.

A.R. is a young black man, fourteen years of age, and attends PPS and West Sylvan Middle School pursuant to PPS Policy Policy 4.10.010-P, and ORS 339.010 and 339.020.

Page 8 – COMPLAINT

33.

PPS created a hostile education environment due to its failure to supervise students who sought out, used, intimidated, harassed, traumatized and injured A.R. in mimicking the murder of another black man, George Floyd.

34.

These students' race-based actions are the direct result of PPS failing to inform, educate, and respond to prior complaints of racism, racial incidents, race-based name calling, and harassing behavior.

35.

PPS knew of prior instances of racism by students during school and while on school grounds.

36.

PPS failed to take prompt and effective steps reasonably calculated to end the harassment, elminate the hostile environment, prevent its recurrence, and address its effects..

37.

As a direct and foreseeable result of PPS's discrimination and hostile education environment as set forth above, A.R. was injured in an amount to be proved at trial, but not more than $9,000,000.00.

38.

A.R. is entitled to recover his attorney fees and costs pursuant to 42 USC § 1988(b).

**WHEREFORE**, Plaintiffs prays for the following relief against PPS:

1.    For A.R.'s economic damages in an amount not to exceed $4,500,000.00, or such other amount to be proved at trial;

2.    For A.R.'s noneconomic damages in an amount not to exceed $4,500,000.00, or such other amount to be proved at trial;

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

3.    For A.R.'s attorney fees and costs pursuant to 42 USC § 1988(b);

4.    For A.R.'s costs and disbursements; and

5.    For such other relief as the court deems just.

DATED this 16th day of February, 2023.

THE BRAGUE LAW FIRM

By: _____
Kevin C. Brague, OSB No. 050428
*kevin@braguelawfirm.com*
4504 S. Corbett Avenue, Suite 250
Portland, OR 97239
t: 503.922.2243
f: 503.296.2046
Attorneys for Plaintiff

Page 10 – COMPLAINT

1
2
3
4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON
5                         IN AND FOR THE COUNTY OF MULTNOMAH
6
7    **A.R.**, a minor, by and through his guardian ad      )    Case No.
     litem ANGELA CANTON,                                   )
8                                                           )
                         Plaintiff,                         )    **DECLARATION OF ANGELA**
9                                                           )    **CANTON IN SUPPORT OF**
          v.                                                )    **PETITION FOR APPOINTMENT OF**
10                                                          )    **GUARDIAN AD LITEM**
     **PORTLAND SCHOOL DISTRICT No. 1J,**                   )
11   an Oregon public corporate entity by and              )
     through the Board of Directors of Multnomah            )
12   County School District No. 1J,                         )
                                                            )
13                       Defendant.                         )
                                                            )
14   _____              )
15
16        I, Angela Canton, declare as follows:
17        1.     I am the natural mother to A.R. and the following is true to the best of my
18   knowledge, information and belief.
19        2.     A.R. is my son, and is a minor, being under the age of eighteen years-old and over
20   the age of 14.
21        3.     I have petitioned to be A.R.'s guardian ad litem for the purposes of this litigation,
22   and because I am a suitable guardian ad litem.
23        4.     A.R.'s father, Raheem Alexzander, consents to my appointment as guardian ad
24   litem.
25        5.     I requested Kevin Brague to prepare and file the accompanying Petition for
26   Appointment of Guardian ad Litem.

Page 1 – DECLARATION OF ANGELA CANTON IN SUPPORT          The Brague Law Firm
OF PETITION FOR APPOINTMENT OF GUARDIAN AD              4504 S. Corbett Avenue, Suite 200
LITEM                                                       Portland, Oregon  97239
                                                               503.922.2243

1

2    I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF

3    MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS

4    EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

5
       DATED this ⎸5 day of February, 2023.
6

7                                    By Angela Canton

8                                       Angela Canton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – DECLARATION OF ANGELA CANTON IN SUPPORT
OF PETITION FOR APPOINTMENT OF GUARDIAN AD
LITEM

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **A.R.**, a minor, by and through his guardian ad litem ANGELA CANTON, | ) Case No. <br> ) |
| Plaintiff, | ) <br> ) **ORDER APPOINTING GUARDIAN** |
| v. | ) **AD LITEM** <br> ) |
| **PORTLAND SCHOOL DISTRICT No. 1J,** an Oregon public corporate entity by and through the Board of Directors of Multnomah County School District No. 1J, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

It appearing to the Court that A.R. is a minor under the age of 14 years, and that no general guardian or conservator has previously been appointed for him; and it further appearing that Angela Canton is an appropriate person to be appointed Guardian ad Litem to pursue the minor's claims in the above-entitled case.

IT IS HEREBY ORDERED that Angela Canton is appointed Guardian ad Litem for A.R. in the above-entitled case.

_____

Submitted by:
Kevin Brague, OSB No. 050428
The Brague Law Firm
503.922.2243

Page 1 – ORDER APPOINTING GUARDIAN AD LITEM

## UTCR 5.100 CERTIFICATION

This proposed order or judgment is ready for judicial signature because:

    1. [ ]   Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each party's signature on the document being submitted.

    2. [ ]   Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

    3. [ ]   I have served a copy of this order or judgment on each party entitled to service and:
    a. [ ]   No objection has been served on me.
    b. [ ]   I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
    c. [ ]   After conferring about objections, _____ agreed to independently file any remaining objection.

    4. [**X**] Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

    5. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (5) of this rule.

    6. [ ] Other:

DATED this 16th day of February, 2023.

THE BRAGUE LAW FIRM

By: _____
    Kevin C. Brague, OSB No. 050428
    *kevin@braguelawfirm.com*
    4504 S. Corbett Avenue, Suite 250
    Portland, OR 97239
    t: 503.922.2243
    f: 503.296.2046
    Attorney for Plaintiff

Page 2 – ORDER APPOINTING GUARDIAN AD LITEM

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing ORDER APPOINTING GUARDIAN AD LITEM on the following person(s)

*Attorney for Defendant*

By the following indicated method(s):

☐    by ESERVICE through the Oregon Judicial Department eFiling System at the party's email address as recorded on the date of service in the eFiling system.

☐    by MAILING in sealed, postage paid envelope(s), addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon.

☐    by HAND-DELIVERING to the above party(ies), at the address(es), indicated above.

☐    by FAXING a copy to the party(ies) indicated above at (telephone no). Attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine.

☒    by EMAIL to:

DATED this 16th day of February, 2023.

By: *s/Kevin Brague*
Kevin Brague

CERTIFICATE OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| **A.R.**, a minor, by and through his guardian ad litem ANGELA CANTON, | ) ) ) | Case No. |
| Plaintiff, | ) ) | **DECLARATION OF RAHEEM** |
| v. | ) ) ) | **ALEXZANDER IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| **PORTLAND SCHOOL DISTRICT No. 1J**, an Oregon public corporate entity by and through the Board of Directors of Multnomah County School District No. 1J, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

I, Raheem Alexzander, declare as follows:

1.      I am the natural father to A.R. and the following is true to the best of my knowledge, information, and belief.

2.      A.R. is my son, and is a minor, being under the age of eighteen years-old and over the age of 14.

3.      I consent to his mother, Angela Canton's appointment as A.R.'s guardian ad litem for the purposes of this litigation.

Page 1 – DECLARATION OF RAHEEM ALEXZANDER IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243
Exhibit 1, Page 19 of 36

1       I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF

2  MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS

3  EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

4

5  DATED this __15__ day of February, 2023.

6                          By: *Raheem Alexzander*

7                            Raheem Alexzander

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -- DECLARATION OF RAHEEM ALEXZANDER IN
SUPPORT OF PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

1
2
3
4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON
5                      IN AND FOR THE COUNTY OF MULTNOMAH
6
7   **A.R.**, a minor, by and through his guardian ad  )   Case No.
    litem ANGELA CANTON,                               )
8                                                      )
                        Plaintiff,                     )   **PETITION FOR APPOINTMENT OF**
9                                                      )   **GUARDIAN AD LITEM**
                                                       )
10         v.                                          )
                                                       )
11  **PORTLAND SCHOOL DISTRICT No. 1J,**              )
    an Oregon public corporate entity by and          )
12  through the Board of Directors of Multnomah        )
    County School District No. 1J,                     )
13                                                      )
                        Defendant.                      )
14                                                      )
    ────────────────────────────────────────           )

15         Petitioner/Applicant, A.R., petitions as follows:
16                                     1.
17         I am the natural son to my father and mother, Raheem Alexzander and Angela Canton,
18  who provide for my support.
19                                     2.
20         I reside with my mother at Angela Canton at 236 NE 131st Place, Portland, Oregon 97230,
21  in Multnomah County.
22                                     3.
23         I was born in August 2009 and am currently 14 years of age.
24
25
26

Page 1 – PETITION FOR APPOINTMENT OF GUARDIAN AD
LITEM

4.

No general guardian ad litem has been appointed for me in this proceeding.

5.

Angela Canton is qualified to be appointed guardian ad litem.

6.

I have a cause of action against Portland Public Schools as alleged in the Complaint. Litigation is necessary to resolve this claim, and it is required by ORCP 27 that a guardian ad litem be appointed to process and pursue the claim.

WHEREFORE, Petitioner prays that Angela Canton be appointed guardian ad litem to represent her in this action.

DATED this _____ day of February, 2023.


By: _____
        A.R.


**Attorney for Petitioner:**
Kevin C. Brague, OSB No. 050428
*kevin@braguelawfirm.com*
4504 S. Corbett Avenue, Suite 250
Portland, OR 97239
503.922.2243


Page 2 – PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon  97239
503.922.2243

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM on the following person(s)

*Attorney for Defendant*

By the following indicated method(s):

☐    by ESERVICE through the Oregon Judicial Department eFiling System at the party's email address as recorded on the date of service in the eFiling system.

☐    by MAILING in sealed, postage paid envelope(s), addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon.

☐    by HAND-DELIVERING to the above party(ies), at the address(es), indicated above.

☐    by FAXING a copy to the party(ies) indicated above at (telephone no). Attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine.

☒    by EMAIL to: *efield@ghrlawyers.com*.

DATED this 15th day of February, 2023.

By: *s/Kevin Brague*
Kevin Brague

CERTIFICATE OF SERVICE

The Brague Law Firm
4504 S. Corbett Avenue, Suite 200
Portland, Oregon  97239
503.922.2243

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                      IN AND FOR THE COUNTY OF MULTNOMAH

6

7    **A.R.**, a minor, by and through his guardian ad      )   Case No.  23CV07344
     litem ANGELA CANTON,                                    )

8                                                            )
                           Plaintiff,                        )   **PLAINTIFF'S FIRST REQUEST FOR**
9                                                            )   **PRODUCTION OF DOCUMENTS**

10          v.                                               )
                                                             )
11   **PORTLAND SCHOOL DISTRICT No. 1J,**                    )
     an Oregon public corporate entity by and               )
12   through the Board of Directors of Multnomah             )
     County School District No. 1J,                         )

13                                                           )
                           Defendant.                        )
14   _____            )

15

16          **TO:   Portland School District No. 1J, dba Portland Public Schools**, 501 N. Dixon

17   Avenue, Portland, OR 97227.

18          In accordance with ORCP 36 and 43, Plaintiff requests that Defendant, Defendant's

19   attorney, and Defendant's insurer produce the documents and information for copying and

20   inspection within forty-five (45) days of service of Defendant's receipt of this request at the

21   office of Plaintiff's attorney:  The Brague Law Firm, 4505 S. Corbett Avenue, Suite 250,

22   Portland, Oregon 97239.

23                              **INSTRUCTIONS**

24          This request extends instructions within Defendant's possession to include documents

25   and information within Defendant's custody or control or the custody or control of Defendant's

26   agents, lawyers, insurer, employees, heirs, successors, and assigns, regardless of where located,

Page 1 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

1  and may, therefore, require Defendant or his attorney to seek and obtain the specifically

2  requested documents and information.

3       This request is continuing throughout the pendency of this action, and any additional

4  documents responsive to this request for production should be made available for inspection by

5  Plaintiff's attorney as soon as any such document or information comes within Defendant's

6  possession, custody, or control.

7       If any document was, but is no longer, in the possession or control of Defendant, or in

8  existence, state whether it is (a) missing or lost, (b) destroyed, (c) transmitted or transferred,

9  voluntarily or involuntarily, to others, identifying such others, or (d) otherwise disposed of.  In

10  each such circumstance, explain the circumstances surrounding, and authorization for, such

11  disposition and state the date or approximate date thereof. If any of the preceding information is

12  not available, state any other available means of identifying such document.

13       Any documents or responses to the following requests for production that are withheld

14  for any reason, including assertion of any applicable privilege, shall be designated as such, and

15  shall be identified by (a) describing the type of document, (b) the creator of the document, (c) the

16  recipient (if any) of the document, including any individuals or entities to whom copies of the

17  document have been provided, and (d) a description of the nature of the document so as to reveal

18  the information contained therein for purposes of determining whether the asserted privilege is

19  applicable.

20       To the extent that Defendant believes any of the following requests are objectionable,

21  answer so much of each part thereof that is not, in Defendant's view, objectionable.

22       These requests include without limitation all such requested documents on which

23  Defendant will rely at the time of trial.

24  **DEFINITIONS**

25      1.    Except as explained above, the word "Document(s)" shall be construed in the

26  broadest sense allowable under the Oregon Rules of Civil Procedure, Oregon Rules of Evidence,

Page 2 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243
Exhibit 1, Page 25 of 36

1  and other applicable law. They include the original and all copies, unless identical in both form

2  and content, regardless of origin or location, of written, drawn, recorded, filmed, or graphic

3  matter, however produced or reproduced, including recorded communications of any kind or

4  nature whatsoever, and any other such documents and tangible things.

5      2.    A document "relating to" or "concerning" a given subject matter means a

6  document that directly or indirectly constitutes, embodies, comprises, reflects, identifies, states,

7  refers to, deals with, comments on, responds to, describes, analyzes, contains information

8  concerning, or is in any way pertinent to that subject matter.

9      3.    "And" and "or" shall be construed conjunctively and disjunctively to require the

10  broadest disclosure of information responsive to any request.

11     4.    "PPS" means Defendant Portland School District No. 1J dba Portland Public

12  Schools ("PPS"), by and through its Board, and all its schools, programs, affiliates, agents,

13  employees, insurers, accountants, representatives, and all other persons acting or purporting to

14  act on its behalf.

15     5.    "Plaintiff" mean A.R. and his agents, representatives, and all persons acting or

16  purporting to act on her behalf.

17            **REQUESTS FOR PRODUCTION OF DOCUMENTS**

18  **REQUEST NO. 1:**    All documents concerning any report of race-based assaults at West

19  Sylvan Middle Schools since 2015.

20      RESPONSE:

21

22  **REQUEST NO. 2:**    All documents concerning any report of racism at West Sylvan Middle

23  Schools since 2015.

24      RESPONSE:

25

26  / / / /

Page 3 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243
Exhibit 1, Page 26 of 36

1   **REQUEST NO. 3:**   All documents concerning any report of racial harassment at West Sylvan

2   Middle Schools since 2015.

3       RESPONSE:

4

5   **REQUEST NO. 4:**   All documents concerning any report of assaults at West Sylvan Middle

6   Schools since 2015.

7       RESPONSE:

8

9   **REQUEST NO. 5:**   All documents concerning any report of harassment at West Sylvan

10  Middle Schools since 2015.

11      RESPONSE:

12

13  **REQUEST NO. 6:**   All documents concerning any report of race-based assaults within PPS

14  since 2015.

15      RESPONSE:

16

17  **REQUEST NO. 7:**   All documents concerning any report of racism within PPS since 2015.

18      RESPONSE:

19

20  **REQUEST NO. 8:**   All documents concerning any report of racial harassment within PPS

21  since 2015.

22      RESPONSE:

23

24  **REQUEST NO. 9:**   All documents concerning the supervision of students at West Sylvan

25  Middle School for the 2022/2023 school year.

26      RESPONSE:

Page 4 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

1   **REQUEST NO. 10:**  All documents concerning the PPS's training on student supervision at

2   West Sylvan Middle School since 2018.

3        RESPONSE:

4

5   **REQUEST NO. 11:**  All documents containing the names, addresses, and/or phone numbers of

6   any and all witnesses to any interaction between A.R. and the students who treated him like

7   George Floyd on January 28, 2023.

8        RESPONSE:

9

10   **REQUEST NO. 12:**  A complete staff directory for West Sylvan Middle School for the

11   2022/2023 school year.

12        RESPONSE:

13

14   **REQUEST NO. 13:**  A complete copy of West Sylvan Middle School's staff handbook for the

15   2022/2023 school year.

16        RESPONSE:

17

18   **REQUEST NO. 14:**  A complete copy of PPS's  staff handbook for its middle schools for the

19   2022/2023 school year.

20        RESPONSE:

21

22   **REQUEST NO. 15:**  A complete copy of West Sylvan Middle School's student handbook for

23   the 2022/2023 school year.

24        RESPONSE:

25

26

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon  97239
503.922.2243

1  **REQUEST NO. 16:**  A complete copy of PPS's student handbook for middle schools for the

2  2022/2023 school year.

3      RESPONSE:

4

5  **REQUEST NO. 17:**  All documents created, maintained, or received by the District concerning

6  A.R.

7      RESPONSE:

8

9  **REQUEST NO. 18:**  All documents created, maintained, or received by the District concerning

10  Angela Canton.

11      RESPONSE:

12

13  **REQUEST NO. 19:**  All documents created, maintained, or received by the District concerning

14  Raheem Alexzander.

15      RESPONSE:

16

17  **REQUEST NO. 20:**  All documents showing each student at West Sylvan Middle School

18  received a student handbook.

19      RESPONSE:

20

21  **REQUEST NO. 21:**  All PPS policies concerning racism since August 2018.

22      RESPONSE:

23

24  **REQUEST NO. 22:**  All PPS Policies concerning racial harassment of students at school.

25      RESPONSE:

26

Page 6 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243
Exhibit 1, Page 29 of 36

1  **REQUEST NO. 23:**  All PPS Policies concerning the supervision of students while at school.

2     RESPONSE:

3

4  **REQUEST NO. 24:**  All PPS Policies concerning the safety of students while at school.

5     RESPONSE:

6

7  **REQUEST NO. 25:**  All PPS Policies concerning harassment of students at school.

8     RESPONSE:

9

10  **REQUEST NO. 26:**  All documents, correspondence, letters, and emails sent to or received

11  from Angela Canton concerning A.R.

12     RESPONSE:

13

14  **REQUEST NO. 27:**  All documents, notes, logs, phone messages, diary entries, computer

15  records in the District's or any of its agents' possession concerning A.R.

16     RESPONSE:

17

18  **REQUEST NO. 28:**  All documents concerning any investigation of the January 18, 2023

19  Geroge Floyd incident involving A.R. including but not limited to notes, correspondence,

20  computer data, phone records, logs, policies, and recordings.

21     RESPONSE:

22

23  **REQUEST NO. 29:**  All documents concerning any report of the racial assault upon A.R. made

24  to law enforcement.

25     RESPONSE:

26

Page 7 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

1  **REQUEST NO. 30:**  All documents concerning A.R. including but not limited to individualized

2  education plans, emails, text messages, personal working files of any teacher, aide, or

3  administrator, incident reports, cumulative file, transcripts, phone logs, attendance logs, police

4  reports, DHS reports, medical reports or evaluations, school video, transportation records,

5  progress records, and computer data.

6      RESPONSE:

7

8

9  DATED this 17th day of February, 2023.

10                          THE BRAGUE LAW FIRM

11                          By:

12                              Kevin C. Brague, OSB No. 050428
                                *kevin@braguelawfirm.com*
13                              4504 S. Corbett Avenue, Suite 250
                                Portland, OR 97239
14                              t: 503.922.2243
                                f: 503.296.2046
15                              Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

Page 8 – PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS on the following person(s):

Portland Public Schools
501 N. Dixon
Portland, OR 97227

By the following indicated method(s):

☐    by ESERVICE through the Oregon Judicial Department eFiling System at the party's email address as recorded on the date of service in the eFiling system.

☐    by MAILING in sealed, postage paid envelope(s), addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon.

☒    by HAND-DELIVERING to the above party(ies), at the address(es), indicated above.

☐    by FAXING a copy to the party(ies) indicated above at (telephone no). Attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine.

☐    by EMAIL to: _____.

DATED this 17th day of February, 2023.

By: *s/Kevin Brague*
Kevin Brague

Page 1 – CERTIFICATE OF SERVICE

Verified Correct Copy of Original 2/17/2023._

FILED

23 FEB 16 AM 11: 26

4TH JUDICIAL DIST.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| A.R., a minor, by and through his guardian ad litem ANGELA CANTON, | Case No. 23CV07344 |
| Plaintiff, | **PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| v. | |
| **PORTLAND SCHOOL DISTRICT No. 1J,** an Oregon public corporate entity by and through the Board of Directors of Multnomah County School District No. 1J, | |
| Defendant. | |

Petitioner/Applicant, A.R., petitions as follows:

1.

I am the natural son to my father and mother, Raheem Alexzander and Angela Canton, who provide for my support.

2.

I reside with my mother at Angela Canton at 236 NE 131st Place, Portland, Oregon 97230, in Multnomah County.

3.

I was born in August 2009 and am currently 13 years of age.

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

_Verified Correct Copy of Original 2/17/2023._

4.

No general guardian ad litem has been appointed for me in this proceeding.

5.

Angela Canton is qualified to be appointed guardian ad litem.

6.

I have a cause of action against Portland Public Schools as alleged in the Complaint. Litigation is necessary to resolve this claim, and it is required by ORCP 27 that a guardian ad litem be appointed to process and pursue the claim.

WHEREFORE, Petitioner prays that Angela Canton be appointed guardian ad litem to represent her in this action.

DATED this 15 day of February, 2023.

By: 
A.R.

**Attorney for Petitioner:**
Kevin C. Brague, OSB No. 050428
*kevin@braguelawfirm.com*
4504 S. Corbett Avenue, Suite 250
Portland, OR 97239
503.922.2243

Page 2 – PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

FILED

23 FEB 16 AM 11:26

4TH JUDICIAL DIST.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF MULTNOMAH

A.R., a minor, by and through his guardian ad )   Case No. 23 CV 07344
litem ANGELA CANTON,                          )
                                              )
                    Plaintiff,                )   **ORDER APPOINTING GUARDIAN**
                                              )   **AD LITEM**
        v.                                    )
                                              )
**PORTLAND SCHOOL DISTRICT No. 1J,**          )
an Oregon public corporate entity by and      )
through the Board of Directors of Multnomah    )
County School District No. 1J,                )
                                              )
                    Defendant.                )
                                              )
_____  )

It appearing to the Court that A.R. is a minor under the age of 14 years, and that no general guardian or conservator has previously been appointed for him; and it further appearing that Angela Canton is an appropriate person to be appointed Guardian ad Litem to pursue the minor's claims in the above-entitled case.

IT IS HEREBY ORDERED that Angela Canton is appointed Guardian ad Litem for A.R. in the above-entitled case.

2/16/2023

Submitted by:
Kevin Brague, OSB No. 050428
The Brague Law Firm
503.922.2243

Page 1 – ORDER APPOINTING GUARDIAN AD LITEM

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

Verified Correct Copy of Original 2/17/2023.

_ Verified Correct Copy of Original 2/17/2023._

## UTCR 5.100 CERTIFICATION

This proposed order or judgment is ready for judicial signature because:

1. [ ]    Each party affected by this order or judgment has stipulated to the order or judgment, as shown by each party's signature on the document being submitted.

2. [ ]    Each party affected by this order or judgment has approved the order or judgment, as shown by each party's signature on the document being submitted or by written confirmation of approval sent to me.

3. [ ]    I have served a copy of this order or judgment on each party entitled to service and:
a. [ ]    No objection has been served on me.
b. [ ]    I received objections that I could not resolve with a party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
c. [ ]    After conferring about objections, _____ agreed to independently file any remaining objection.

4. **[X]** Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise.

5. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (5) of this rule.

6. [ ] Other:

DATED this 16th day of February, 2023.

THE BRAGUE LAW FIRM

By: _____
Kevin C. Brague, OSB No. 050428
*kevin@braguelawfirm.com*
4504 S. Corbett Avenue, Suite 250
Portland, OR 97239
t: 503.922.2243
f: 503.296.2046
Attorney for Plaintiff

Page 2 – ORDER APPOINTING GUARDIAN AD LITEM

The Brague Law Firm
4504 S Corbett Avenue, Suite 250
Portland, Oregon 97239
503 922 2243