**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A.R.**, a minor, by and through his guardian ad litem ANGELA CANTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**PORTLAND SCHOOL DISTRICT No. 1J**, an Oregon public corporate entity by and through the Board of Directors of Multnomah County School District No. 1J,<br><br>　　　　　Defendant. | Case No. 3:23-CV-00375-AN<br><br>**STIPULATED GENERAL JUDGMENTOF DISMISSAL WITH PREJUDICE** |

　　Pursuant to FRCP 54 and based upon the stipulation of the parties,

　　IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

　　　　　　　　　　　　　　　　　　　　　　　　_____
Date: 9/23/2024　　　　　　　　　　　　　　　U.S. District Judge Adrienne Nelson